**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| AMERICA'S SILVER COLLECTION, LLC, | § | |
| AMERICA'S GEM LLC, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-18-3806 |
| | § | |
| FABULOUS FANCY'S LLC, | § | |
| PAUL MICHAEL WELCH, JR., | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

For the reasons stated in the court's Order Entering Default Judgment against Fabulous Fancy's LLC and Paul Michael Welch, Jr., American's Silver and America's Gem are awarded the following amounts, jointly and severally against each defendant:

- actual damages of $101,559.14;

- prejudgment interest of $23,988.32;

- costs of $513.50;

- attorney's fees of $3,550.00; and

- postjudgment interest from the date of judgment, at the rate of 2.55% per year.

This is a final judgment.

SIGNED on February 28, 2019, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge

1